**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**

**DEXTER BERNARD LOGAN,**

            Plaintiff,

**v.**                                                              **CIVIL ACTION NO.: 3:18-CV-82
                                                              (GROH)**

**WARDEN JOE COAKLEY, Director (FBOP),
In his Individual and Official Capacity,
MARK INCH, Head of Education,
In his Individual and Official Capacity, and
R. KEYS, Assistant Warden,
In his Individual and Official Capacity,**

            Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Now before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Robert W. Trumble.   Pursuant to this Court's Local Rules, this action was referred to Magistrate Judge Trumble for submission of a proposed R&R. Magistrate Judge Trumble issued his R&R [ECF No. 35] on March 4, 2020.   In his R&R, Magistrate Judge Trumble finds that the Plaintiff has failed to state a claim upon which relief can be granted and recommends that the Plaintiff's complaint [ECF No. 1] be dismissed with prejudice.

Pursuant to 28 U.S.C. § 636(b)(1)(C), this Court must conduct a *de novo* review of the magistrate judge's findings where objection is made.   However, the Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge to which no objection is made.   Thomas v. Arn, 474 U.S. 140,

150 (1985).   Failure to file timely objections constitutes a waiver of *de novo* review and of a plaintiff's right to appeal this Court's Order.   28.U.S.C..§ 636(b)(1); <u>Snyder v. Ridenour</u>, 889 F.2d 1363, 1366 (4th Cir. 1989); <u>United States v. Schronce</u>, 727 F.2d 91, 94 (4th Cir. 1984).

Objections to Magistrate Judge Trumble's R&R were due within fourteen plus three days of service.   28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).   On March 25, 2020, the Court granted the Plaintiff's motion for extension of time and directed him to file any objections to the R&R by May 25, 2020.   ECF No. 38.   Therein, the Court warned the Plaintiff that failure to file objections would result in waiver of his right to appeal from judgment of this Court based upon the R&R.   <u>Id.</u> at 2.   To date, no objections have been filed.   Accordingly, the Court will review the R&R for clear error.

Upon careful review of the R&R, it is the opinion of this Court that Magistrate Judge Trumble's Report and Recommendation [ECF No. 35] should be, and is hereby, **ORDERED ADOPTED** for the reasons more fully stated therein.   Therefore, the Plaintiff's Complaint [ECF No. 1] is **DISMISSED WITH PREJUDICE**.

This matter is **ORDERED STRICKEN** from the Court's active docket.   The Clerk of Court is **DIRECTED** to mail a copy of this Order to the Plaintiff by certified mail, return receipt requested, at his last known address as reflected on the docket sheet.

**DATED:** May 26, 2020

GINA M. GROH
CHIEF UNITED STATES DISTRICT JUDGE

2